**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

HENRY CHRISTOPHER GONZALES,

       Plaintiff,

v.                                                 No. CV 18-1208 CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

       Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO EXTEND

**THIS MATTER** is before the Court on *Defendant's First Unopposed Motion for Enlargement of Time* (the "Motion"), (Doc. 18), filed August 15, 2019. Because of other scheduling matters, Counsel for Defendant Commissioner requests a thirty-day extension of time to file his Response to Plaintiff Henry Gonzales' *Motion to Remand*, (Doc. 17). (Doc. 18 at 3). The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and should be **GRANTED**.

   **IT IS HEREBY ORDERED** that:

(1)     Defendant shall file a Response on or before **September 18, 2019** and

(2)     Plaintiff may file a Reply on or before **October 2, 2019.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE