## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

HENRY CHRISTOPHER GONZALES,

        Plaintiff,

v.                                            No. CV 18-1208 CG

ANDREW SAUL,
Commissioner of the
Social Security Administration,

        Defendant.

## **FINAL JUDGMENT**

Pursuant to the Court's *Memorandum Opinion and Order*, (Doc. 24), the Court enters this Judgment under Rule 58 of the Federal Rules of Civil Procedure **REMANDING** this case to the Commissioner of the Social Security Administration for further administrative action in accordance with this opinion.

        **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE