# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

HENRY CHRISTOPHER GONZALES

        Plaintiff,

v.                                                               No. CV 18-1208 CG

ANDREW SAUL,
Commissioner of the Social
Security Administration,

        Defendant.

## ORDER GRANTING UNOPPOSED MOTION FOR ATTORNEY FEES UNDER EQUAL ACCESS TO JUSTICE ACT

**THIS MATTER** is before the Court on Plaintiff Henry Gonzales' *Unopposed Motion for Attorney Fees and Costs Pursuant to the Equal Access to Justice Act (EAJA)* (the "Motion"), (Doc. 26), filed January 16, 2020. Having reviewed the Motion and noting it is unopposed, the Court finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that attorney fees are awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), payable to Plaintiff and mailed to Plaintiff's attorney in the amount of $2,079. Plaintiff is also entitled to costs in the amount of $400, which is to be paid by the Judgment Fund, not by agency funds. *See* 28 U.S.C. § 2412(c)(1); and *Astrue v. Ratliff*, 560 U.S. 586, 598 (2010) (EAJA fees are paid to the prevailing party, not the attorney).

**IT IS FURTHER ORDERED** that if Plaintiff's counsel receives attorney fees under both EAJA and 42 U.S.C. § 406(b) of the Social Security Act, Plaintiff's counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

                                                              THE HONORABLE CARMEN E. GARZA
                                                              CHIEF UNITED STATES MAGISTRATE JUDGE